07-CV-01002-CLM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MRS. TIMOTHY RECHT, et al., | ) | Case No. C07-1002-RSL |
| Plaintiffs, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

The Court, after careful consideration of plaintiff's proposed complaint and application to proceed *in forma pauperis* (IFP) in the above-captioned matter, together with all papers and exhibits in support and in opposition to those documents, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, plaintiff's objections to the Report and Recommendation (Dkt. No. 5), and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's motion for leave to proceed IFP (Dkt. No. 1) is DENIED and this case is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 21st day of August, 2007.

*/s/ Robert S. Lasnik*

Robert S. Lasnik, Chief Judge
United States District Court